United States District Court
Southern District of Texas
**ENTERED**
September 09, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENJET, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-03048 |
| | § | |
| CHEVRON U.S.A. INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on August 8, 2022 (Doc. #36), Chevron U.S.A. Inc.'s Objections (Doc. #37), and Enjet, LLC's Response (Doc. #38). The Magistrate Judge's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as its Court's Order.

Accordingly, Enjet's Motion for Leave to Amend (Doc. #18) is GRANTED IN PART. Enjet's request to amend its complaint to assert negligent misrepresentation is granted, but leave to amend its claims for general negligence and products liability is denied. Additionally, Chevron's Motion to Dismiss (Doc. #13) is GRANTED IN PART. Enjet's claims for breach of contract, breach of warranty, general negligence, and products liability are dismissed, but dismissal of Enjet's proposed negligent misrepresentation claim is denied.

It is so ORDERED.

SEP 0 7 2022
Date

The Honorable Alfred H. Bennett
United States District Judge